*Exhibit A*

# Arlington General District Court

 

## Civil Case Details

### Case Information

| | |
|---|---|
| **Case Number :** GV23006344-00 | **Filed Date :** 11/16/2023 |
| **Case Type :** Warrant In Debt | **Debt Type :** |

[Arlington General District ▼]

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| KINARD, LATISHA | | ARLINGTON, VA | | |

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| EQUIFAX INFORMATION SERVICES LLC | | ATLANTA, GA | | MONTGOMERY, JOHN W |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 02/27/2024 | 10:00 AM | | | 3A |
| 12/21/2023 | 02:00 PM | Continued | | 3A |
| 12/14/2023 | 02:00 PM | Continued | Motion | 3C |

### Service/Process

### Reports

### Judgment Information

| | | |
|---|---|---|
| **Judgment :** | **Costs :** | **Attorney Fees :** |
| **Principal Amount :** | **Other Amount :** | **Interest Award :** |
| **Possession :** | **Writ of Eviction Issued Date :** | **Writ of Eviction Executed Date :** |
| **Homestead Exemption Waived :** Yes | **Writ of Fieri Facias Issued Date :** | |
| **Is Judgment Satisfied :** | **Date Satisfaction Filed :** | **Other Awarded :** |
| **Further Case Information :** | | |

**Garnishment Information**

**Appeal Information**

| Appeal Date : | Appealed By : |
| --- | --- |
|  |  |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.2.4.4



# COMMONWEALTH of VIRGINIA

### *Secretary of the Commonwealth*

**POST OFFICE BOX 2454**

**RICHMOND, VIRGINIA 23218-2454**

## NOTICE OF SERVICE OF PROCESS

Equifax Information Services LLC
1550 Peachtree Street NW
Atlanta GA 30309

12/1/2023

Kinard, Latisha Y

vs.

Equifax Information Services LLC

**Warrant**

Dear Sir/Madam:

You are being served with the enclosed notice under section 8.01-329 of the Code of
Virginia which designates the Secretary of the Commonwealth as statutory agent for
Service of Process.

If you have any questions about the matter, PLEASE contact the CLERK of the
enclosed/below mentioned court or any attorney of your choice. Our office does not
accept payments on behalf of debts. The Secretary of the Commonwealth's ONLY
responsibility is to mail the enclosed papers to you.

COURT:

Arlington County General District Court
1425 North Court House Road, Ste 2400
Second Floor
Arlington VA 22201-2685

Service of Process Clerk
Secretary of the Commonwealth's Office

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**

Case No. ....................................

Commonwealth of Virginia     Va. Code §§ 8.01-301, -329; 55.1-1211; 55.1-1401; 57-51

| ARLINGTON COUNTY | ............... District Court |
|---|---|
| KINARD, LATISHA Y | v. | EQUIFAX INFORMATION SERVICES LLC |
| 550 14th RD S #119 | 1550 PEACHTREE STREET NW |
| ARLINGTON VA 22202 | ATLANTA GA 30309 |

**TO THE PERSON PREPARING THIS AFFIDAVIT:** You must comply with the appropriate requirements listed on the back of this form.

Attachments:  [ ] Warrant   [ ] Motion for Judgment   [ ]

I, the undersigned Affiant, state under oath that:

[X] the above-named defendant     [ ] ..................................................................................

whose last known address is:  [ ] same as above  [ ] ..............................................................

1.  [X]  is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ................
applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2.  [ ]  is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

| 12/21/2023 @2pm | is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse). |
|---|---|

11/16/2023
DATE

[X] PARTY    [ ] PARTY'S ATTORNEY    [ ] PARTY'S AGENT

State of ........ *Virginia* ........     [ ] City [X] County of ........ *Arlington* ........

Acknowledged, subscribed and sworn to before me this ...... 16th ...... day of ...... *November* ......, 20 **23**

NOTARY REGISTRATION NUMBER

[X] CLERK  [ ] MAGISTRATE  [ ] NOTARY PUBLIC (My commission expires .......................... )

[X]  Verification by the clerk of the court of the date of filing of the certificate of compliance requested.  A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1.  On ...... **NOV 2 7 2023** ......, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2.  On ...... **DEC 0 1 2023** ......, papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE
SECRETARY OF THE COMMONWEALTH

FORM DC-410 FRONT 10/19

EFX ORIGINAL DOCUMENT 4 12\07\2023 00505102 002 0004

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia          VA. CODE § 16.1-79

................................ ARLINGTON COUNTY ................................ General District Court
CITY OR COUNTY

.............. 1425 NORTH COURTHOUSE ROAD ARLINGTON VA 22201 ..............
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

........ **12/21/2023** ....@2pm....... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

........ **11/16/2023** ........          ........ _Am. D. [signature]_ ........
DATE ISSUED          [ ] CLERK   [X] DEPUTY CLERK   [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 5,000.00 ........... net of any credits, with interest at ......... % from date of ............... until paid,

$ 70 ......... costs and $ ............... attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [ ] Other (EXPLAIN)
FAIR CREDIT REPORTING ACT (FCRA)

HOMESTEAD EXEMPTION WAIVED? [X] YES  [ ] NO  [ ] cannot be demanded

11/9/2023 ........          _Latisha Ki__ .................
DATE          [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ...............................

for $ ............... net of any credits, with interest at ......... % from date

of ............... until paid, $ ............... costs and $ ............... attorney's fees

[ ] and $ ............... costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ...............................

[ ] NON-SUIT  [ ] DISMISSED ...............................

Defendant(s) Present:  [ ] NO  [ ] YES ...............................

........................          ........................
DATE          JUDGE

FORM DC-412 (FRONT) 10/22

EFX ORIGINAL DOCUMENT 4 12\07\2023 00505102 002 0005

---

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

KINARD, LATISHA Y
ADDRESS

550 14TH RD S APT 119

ARLINGTON VA 22202-7401

V.

EQUIFAX INFORMATION SERVICES LLC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Corporation Service Company
ADDRESS

1550 PEACHTREE Street, N.W.

ATLANTA, GA, 30309-2402

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice of the reverse
about requesting a change of trial location.

[ ] To dispute this claim, you <u>must</u> appear on the return
date to try this case.

[ ] To dispute this claim, you must appear on the return
date for the judge to set another date for trial.

Bill of Particulars ...............................
ORDERED          DUE

Grounds of Defense ...............................
ORDERED          DUE

ATTORNEY FOR PLAINTIFF(S)

...............................

...............................

ATTORNEY FOR DEFENDANT(S)

...............................

...............................

---

12/21/2023 @7pm

........................

........................

........................

........................

........................

JUDGMENT PAID OR
SATISFIED PURSUANT
TO ATTACHED NOTICE
OF SATISFACTION.

........................
DATE

........................
CLERK

**DISABILITY
ACCOMMODATIONS**
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found

NAME EQUIFAX INFORMATION SERVICES LLC

Corporation Service Company

ADDRESS 2 Sun Court, Suite 400

Peachtree Corners, GA, 30092,

[ ] PERSONAL SERVICE   Tel. No. ..................

Being unable to make personal service, a copy was delivered in the following manner:.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND
_____
SERVING OFFICER

..................   for_____
DATE

---

NAME ..................................................
..................................................

ADDRESS ..................................................
..................................................
..................................................

[ ] PERSONAL SERVICE   Tel. No. ..................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND
_____
SERVING OFFICER

..................   for_____
DATE

---

NAME ..................................................
..................................................

ADDRESS ..................................................
..................................................
..................................................

[ ] PERSONAL SERVICE   Tel. No. ..................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND
_____
SERVING OFFICER

..................   for_____
DATE

---

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

---

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

11/9/2023
DATE

[X] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ..................................................

Interrogatories issued on: ..................................................

Garnishment issued on ..................................................
..................................................

---

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04

EFX ORIGINAL DOCUMENT 4 12\07\2023 00505102 002 0006

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79

| | |
|---|---|
| **HEARING DATE AND TIME** | 12/21/2023 @2pm |

ARLINGTON COUNTY
................................................. General District Court

CITY OR COUNTY

1425 NORTH COURTHOUSE ROAD ARLINGTON VA 22201

STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

12/21/2023 @2pm ............ to answer the Plaintiff(s)' civil claim (see below)

RETURN DATE AND TIME

11/16/2023

DATE ISSUED    [ ] CLERK   [X] DEPUTY CLERK   [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 5,000.00 ............ net of any credits, with interest at ........ % from date of ............ until paid,

$ 70 ............ costs and $ ............ attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [ ] Other (EXPLAIN)

FAIR CREDIT REPORTING ACT (FCRA)

HOMESTEAD EXEMPTION WAIVED? [X] YES  [ ] NO  [ ] cannot be demanded

11/9/2023
................................
DATE    [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ............

for $ ............ net of any credits, with interest at ........ % from date

of ............ until paid, $ ............ costs and $ ............ attorney's fees

[ ] and $ ............ costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ............

[ ] NON-SUIT  [ ] DISMISSED ............

Defendant(s) Present:  [ ] NO  [ ] YES ............

............................    ............................
DATE    JUDGE

FORM DC-412 (FRONT) 10/22

---

**PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

KINARD, LATISHA Y

ADDRESS

550 14TH RD S APT 119

ARLINGTON VA 22202-7401

V.

EQUIFAX INFORMATION SERVICES LLC

**DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

Corporation Service Company

ADDRESS

1550 PEACHTREE Street, N.W.

ATLANTA, GA, 30309-2402

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional note of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ............
    ORDERED    DUE

Grounds of Defense ............
    ORDERED    DUE

ATTORNEY FOR PLAINTIFF(S)

............................

............................

ATTORNEY FOR DEFENDANT(S)

............................

............................

---

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

............................
DATE

............................
CLERK

---

**DISABILITY ACCOMMODATIONS**
for loss of hearing, vision, mobility, etc., contact the court ahead of time.

EFX ORIGINAL DOCUMENT 4 12\07\2023 00505102 002 0007

**RETURNS: Each defendant was served according to law, as indicated below, unless not found**

| | | |
|---|---|---|
| NAME EQUIFAX INFORMATION SERVICES LLC | NAME ............................................ | NAME ............................................ |
| Corporation Service Company | ............................................ | ............................................ |
| ADDRESS 2 Sun Court, Suite 400 | ADDRESS ........................................ | ADDRESS ........................................ |
| Peachtree Corners, GA, 30092, | ............................................ | ............................................ |

[ ] PERSONAL SERVICE  Tel. No. ......

Being unable to make personal service, a copy was delivered in the following manner:.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

.............. for_____
DATE

[ ] PERSONAL SERVICE  Tel. No. ......

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

.............. for_____
DATE

[ ] PERSONAL SERVICE  Tel. No. ......

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

.............. for_____
DATE

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

**Right box:**

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

11/9/2023
DATE

[X] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ........................................

Interrogatories issued on: ................................

Garnishment issued on ...................................

EFX ORIGINAL DOCUMENT 4 12\07\2023 00505102 002 0008

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

outh Unit 119
22202

**CERTIFIED MAIL®**



7022 0410 0002 6777 2294

EQUIFAX INFORMATION SERVICES LLC
CORPORATION SERVICE COMPANY
1550 PEACHTREE STREET NW
ATLANTA GA 30309-2402





12\07\2023  00505102 002 0009

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

2\07\2023  00505102  002  0009