**VIRGINIA:**

**IN THE ARLINGTON COUNTY GENERAL DISTRICT COURT**

| | |
|---|---|
| KINARD, LATISHA Y., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC, )<br>)<br>Defendant. )<br>) | Civil Case No. GV23-6344 |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:

| | |
|---|---|
| Clerk of the Court<br>1425 North Courthouse Road<br>Suite 2400<br>Second Floor<br>Arlington, VA 22201-2622 | Ms. Latisha Y. Kinard, *Pro Se*<br>550 14th Rd S #119<br>Arlington, VA  22202 |

    PLEASE TAKE NOTICE that on January 29, 2024, Defendant Equifax Information Services LLC filed a Notice of Removal with the Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. A true and correct copy of that Notice of Removal is attached hereto as Exhibit A.

    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

DATED:  January 29, 2024

Respectfully submitted,

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: */s/ John W. Montgomery, Jr.*
    John W. Montgomery, Jr.
    VSB No. 37149
    Counsel for Equifax Information Services, LLC
    Traylor, Montgomery & Elliott, PC
    130 E. Wythe Street
    Petersburg, VA 23803
    Tel: (804) 861-1122
    Fax: (804) 733-6022
    jmontgomery@tmande.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, I presented the foregoing NOTICE OF FILING NOTICE OF REMOVAL with the Clerk of the Court using the Arlington General District Court e-Filing system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Ms. Latisha Y. Kinard, Pro Se
>550 14th Rd S #119
>Arlington, VA  22202

>*/s/ John W. Montgomery, Jr.*
>Jeremy J. Thompson
>*Counsel for Defendant*
>*Equifax Information Services LLC*

307851673v.1