**IN THE UNITED STATES COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

_____

KINARD, LATISHA Y.,                    )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )      Case No. 1:24-cv-00136
                                       )
EQUIFAX INFORMATION SERVICES           )
LLC,                                   )
                                       )
            Defendant.                 )
_____)

**NOTICE OF SETTLEMENT AS TO DEFENDANT**
**EQUIFAX INFORMATION SERVICES LLC**

COMES NOW, Defendant Equifax Information Services LLC ("Equifax"), and hereby notifies the Court that Plaintiff Latisha Y. Kinard ("Plaintiff") and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

308144763v.1

2

DATED:  February 6, 2024          Respectfully submitted,


                                  By: */s/ John W. Montgomery, Jr.*
                                      John W. Montgomery, Jr.
                                      VSB No. 37149
                                      Counsel for Equifax Information
                                      Services, LLC
                                      Traylor, Montgomery & Elliott, PC
                                      130 E. Wythe Street
                                      Petersburg, VA 23803
                                      Tel: (804) 861-1122
                                      Fax: (804) 733-6022
                                      jmontgomery@tmande.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I presented the foregoing NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Latisha Y. Kinard, *pro se*
> 550 14th Rd. S #119
> Arlington, VA 22202


> */s/ John W. Montgomery, Jr.*
> John W. Montgomery, Jr.
> *Counsel for Defendant*
> *Equifax Information Services LLC*

308144763v.1