IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2024 FEB 29 A 10: 34

| | |
|---|---|
| LATISHA Y. KINARD,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendant. | Case No. 1:24-cv-00136-LMB-IDD |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Latisha Y. Kinard, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

DATED: February 28, 2024

Respectfully submitted,

PRO SE PLAINTIFF

By: _/s/ Latisha Kinard_
    Latisha Y. Kinard
    *Pro Se Plaintiff*

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: */s/ John W. Montgomery, Jr.*
    John W. Montgomery, Jr., VSB No. 37149
    jmontgomery@tmande.com
    Traylor, Montgomery & Elliott, PC
    130 E. Wythe Street
    Petersburg, VA 23803
    Telephone: (804) 861-1122
    Facsimile: (804) 733-6022

*Counsel for Defendant*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Latisha Y. Kinard, *pro se*
>550 14th Rd. S #119
>Arlington, VA  22202

>*/s/ John W. Montgomery, Jr.*
>John W. Montgomery, Jr.
>*Counsel for Defendant*
>*Equifax Information Services LLC*

308063085v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_ DIVISION

FILED

2024 FEB 29  A 10: 34

Latsha Y. Kinard
_____
Plaintiff(s),

v.

Civil Action Number: 1:24-cv-00136-LMB-IDA

Equifox Information Services LLC.
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _____.
(Title of Document)

_____
Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _Stipulation of Dismissal_
(Title of Document)
_with Prejudice_

John W. Montgomery Jr
(Name of Attorney)

130 E. Wythe Street
(Address of Attorney)

804-861-1122
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

Latsha Kinard
(Name of Pro Se Party) (Print or Type)

[signature]
Signature of Pro Se Party

Executed on: _____ (Date)